IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RALPH DOWE and TONY LITLE, | * |
| Plaintiffs, | * |
| v. | * Case No.: 4:22-CV-59 (CDL) |
| COLUMBUS CONSOLIDATED GOVERNMENT, *et al.*, | * |
| Defendants. | * |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, the Defendants and file this Notice of Withdrawal and Substitution of Counsel. Defendants Columbus Consolidated Government, Mayor Skip Henderson and HR Director Reather Hollowell will continue to be represented in their official and individual capacities by the law firm of Page, Scrantom, Sprouse, Tucker and Ford, P.C. Attorney LaRae D. Moore is entering her appearance on behalf of those Defendants, in substitution for Julie D. Johnson. Defendant Chief Blackmon will be represented in his individual capacity by Attorneys Melanie Slaton and Mariel Smith of Hall Booth Smith, and they are hereby entering their appearance in this matter on his behalf.

Respectfully submitted this 24th day of March, 2023.

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

By: /s/ James C. Clark, Jr.
    James C. Clark, Jr.
    Georgia Bar No. 127145
/s/ Carter P. Schondelmayer
    Carter P. Schondelmayer
    Georgia Bar No. 558998
/s/ LaRae D. Moore
    LaRae D. Moore
    Georgia Bar No. 223379

1111 Bay Avenue, Third Floor
Columbus, GA 31901
(706) 324-0251
jclark@pagescrantom.com
carter@pagescrantom.som
lmoore@pagescrantom.com

|  |  |
|---|---|
|  | By: /s/ Clifton C. Fay |
|  | Clifton C. Fay |
|  | Georgia Bar No. 256460 |
| P.O. Box 1340 | /s/ Lucy T. Sheftall |
| Columbus, GA 31902 | Lucy T. Sheftall |
| (706) 653-4025 | Georgia Bar No. 639813 |
| cfay@columbusga.org | |
| lsheftall@columbusga.org | *Counsel for Defendants Columbus Consolidated Government, Mayor Skip Henderson and HR Director Reather Hollowell* |

HALL BOOTH SMITH, P.C.

By:/s/ Melanie V. Slaton
    Melanie V. Slaton
    Georgia Bar No. 539960
 /s/ Mariel E. Smith
    Mariel E. Smith
    Georgia Bar No. 707608

P.O. Box 2707
Columbus, GA 31902
(706) 494-3828
mslaton@hallboothsmith.com
msmith@hallboothsmith.com

*Counsel for Defendant Freddie Blackmon*

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Defendants and that on this date I served the foregoing document, Defendants' Notice of Withdrawal and Substitution of Counsel upon counsel for Plaintiffs through electronic service, as agreed upon previously in writing, addressed as follows:

Eleanor Mixon Attwood
Marissa R. Torgerson
Legare, Attwood & Wolfe, LLC
Decatur Town Center Two
125 Clairemont Ave., Suite 380
Decatur, GA 30030

emattwood@law-llc.com
mrtorgerson@law-llc.com

*Counsel for Plaintiffs*

This 24th day of March, 2023.

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

/s/Carter P. Schondelmayer
Carter P. Schondelmayer
Georgia Bar No. 558998

P.O. Box 1199
Columbus, GA 31902-1199
cps@psstf.com                        *Counsel for Defendants*
T:  706-324-0251
F:  706-243-0417